# Order

Michigan Supreme Court
Lansing, Michigan

July 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151857

GRIEVANCE ADMINISTRATOR,

      Petitioner-Appellee,

v

DENNIS H SNYDER,

      Respondent-Appellee.

SC: 151857
ADB: 12-000081-GA

_____

REGINALD WESTON,

      Appellant.

_____

On order of the Chief Justice, plaintiff-appellant having failed to provide to the Court a certified copy of institutional account as required by MCL 600.2963 (1), the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2015



Clerk